199 So.2d 184

**STATE of Louisiana**

v.

**Charles RUPP.**

No. 48753.

May 26, 1967.

In re: Charles Rupp applying for writs of certiorari, prohibition and mandamus and a stay order.

The application is denied. Applicant has made no showing to warrant this Court to exercise its supervisory jurisdiction.